# Exhibit A



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

David O'Keefe, as parent and Guardian of the estate of a minor, E.O.
Plaintiff

vs.

Janet Gardner
Defendant

Case Number: 13-0005673

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jason W. Fernandez
Name of Plaintiff's Attorney

1111 Bonifant St
Address
Silver Spring, MD 20910

301-589-2200
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 8/19/13

加急翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     [Amharic] (202) 879-4828 [Amharic]

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                          CASUM.doc




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por: _____
Subsecretario

Dirección

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O'KEEFE, as parent and Guardian ) <br> of the Estate of a minor, E.O. ) <br> 1733 Kenyon St. NW ) <br> Washington, DC 20010 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANET GARDNER ) <br> 8519 Topaz Court ) <br> Clinton, Maryland 20735 ) <br> ) <br> and ) <br> ) <br> THE UNITED STATES OF AMERICA ) <br> Serve: ) <br> The Hon. Eric Holder ) <br> Attorney General ) <br> Department of Justice ) <br> 950 Pennsylvania Ave., Room B-103 ) <br> Washington, D.C. 20530-0001 ) <br> ) <br> Also Serve: ) <br> Ronald Machen Jr. ) <br> United States Attorney ) <br> 555 4th St. NW ) <br> Washington, D.C. 20530 ) <br> ) <br> Also Serve: ) <br> Thomas Marshall, Esq. ) <br> General Counsel ) <br> United States Postal Service ) <br> 475 L'Enfant Plaza SW ) <br> Washington, D.C. 20260 ) <br> ) <br> Defendants. ) | CASE NO. <br> **13-0005673** <br><br> RECEIVED AND RETURNED <br> Civil Clerk's Office <br> AUG 19 2013 <br> Superior Court of the <br> District of Columbia <br> Washington, D.C. |

## COMPLAINT
### (FRIENDLY SUIT)

COMES NOW the Plaintiff, David O'Keefe, individually and as parent and guardian of the estate of the minor, E.O. , by counsel, and moves for the relief stated herein on grounds set forth

below:

## PARTIES

1. Plaintiff, E.O. (hereinafter "the Plaintiff"), was born in and resides at 1733 Kenyon St. NW, Washington, DC 20010.

2. Plaintiff, David O'Keefe (hereinafter "the Plaintiff's father and guardian of the estate of the minor", resides at 1733 Kenyon St. NW, Washington, DC 20010.

3. Defendant, Janet Gardner (hereinafter "the Defendant Gardner"), resides at 8519 Topaz Court, Clinton, Maryland 20735.

4. Defendant The United States of America (hereinafter referred to as "Defendant United States") is amenable under 28 U.S.C. § 1346(b) to suit for damages arising from the negligent operation of a vehicle by one of its employees within the scope of his/her employment.

## NOTICE

5. Plaintiff placed Defendant on notice of Plaintiff's claim by certified mail on January 4, 2011 pursuant to 28 U.S.C. § 2675.

## JURISDICTION

6. This action is being brought pursuant to 39 U.S.C. § 409(a).

### COUNT I – NEGLIGENCE
(David O'Keefe as parent and guardian of estate of E.O.)

7. On or about November 3, 2010, the Defendant was operating her vehicle at the intersection of 8th and Kansas Avenue NW Washington, DC.

8. At that time and place, the Defendant was duty bound to operate the vehicle with reasonable care and prudence.

9. Notwithstanding this duty, and in breach thereof, the Defendant operated the vehicle in a negligent manner and carelessly failed to yield the right of way to E.O. as she rode on

her pedal-trailer bicycle in the crosswalk at the direction of a crossing guard, striking E.O. in the crosswalk. The Defendant's negligence consisted of, among other things, failing to pay full time and attention to her driving, failure to maintain proper lookout, and otherwise being negligent.

10. As a direct and proximate result of the Defendant's negligence, and breach of duties, Plaintiff sustained severe and permanent bodily injuries and damages, including left distal fracture and post-traumatic stress disorder symptoms.

11. The Defendant's negligence was the sole and proximate cause of the aforesaid single motor vehicle – pedestrian accident, without any want of due care on the part of the minor plaintiff, E.O.

12. Plaintiff, David O'Keefe is the father and guardian of the estate of E.O. and was required to secure medical care and provide other assistance for his daughter.

13. At the time of the accident, Defendant Gardner was operating a United States Postal Service vehicle.

14. Defendant United States, has proffered an offer to Plaintiff's father, David O'Keefe, as the father and guardian of the estate of E.O., in the amount of Fifteen Thousand Dollars ($15,000.00). Plaintiff's father, David O'Keefe, has accepted this offer.

15. The proposed distribution of the proceeds is as follows:

| | |
|---|---|
| Gross Recovery: | $15,000.00 |
| Attorney's Fee: | $3,000.00 |
| Costs: | $345.50 |
| Eugene Seidel, P.A. (reduced):<br>(health insurance lien) | $1,031.60 |
| Net to Plaintiff: | $10,622.90 |

16. Pursuant to DC St. §21-120, because the net value of the money and property due to

minor E.O. under the terms of the settlement exceeds $3,000.00, a guardian of the estate of the minor, E.O. must be appointed.

17. Pursuant to DC. St. §21-120, David O'Keefe, has been appointed guardian of the estate of E.O.

WHEREFORE, Plaintiff, David O'Keefe, as father and guardian of the estate of E.O., demands approval of the settlement against the Defendant, Janet Gardner, in the amount of FIFTEEN THOUSAND & 00/100 U.S. DOLLARS ($15,000.00), plus costs as permitted by law and such other and further relief this Court deems appropriate.

### COUNT II – VICARIOUS LIABILITY
(Defendant The United States of America)

18. Paragraphs 1-17 are referenced and incorporated herein.

19. At all times material, Defendant Gardner was an agent, servant and employee of the United States Postal Service, an agency of the federal government of the United States of America.

20. As Defendant Gardner was the United States' agent, servant and employee, Defendant United States is vicariously liable for Defendant Gardner's negligence and Plaintiff's resulting injuries and damages.

21. As required by 28 U.S.C. § 2675, Plaintiff has exhausted his administrative remedies against Defendant United States but must secure court approval to accept the offer of settlement.

WHEREFORE, Plaintiff, David O'Keefe, as father and guardian of the estate of E.O., demands judgment and approval of the settlement against the Defendants, Janet Gardner/USPS, in the amount of FIFTEEN THOUSAND & 00/100 U.S. DOLLARS ($15,000.00), plus costs as permitted by law and such other and further relief this Court deems proper.

Respectfully submitted,

Simba D.T. Hodari, #976472
Jason W. Fernandez, #977919
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (301) 589-6706

FILED

JUL 2 4 2013

Register of Wills

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA Office of the Probate Division
### PROBATE DIVISION

2013 GDN 14

In re Estate of

_____E_____C_____
Minor

DOCKETED
SCANNED

### ORDER

Upon consideration of the Petition for Appointment of Guardian of the Estate of a Minor requesting appointment of **David O'Keefe** as guardian filed herein on **July 15**, 2013 by **David O'Keefe**, it appearing to the satisfaction of the Court that said petitioner is entitled to the relief requested and it further appearing that the proposed guardian and the minor personally appeared for an interview in the Office of the Register of Wills, that the proposed guardian was admonished, and that the minor's parents are deceased or consent to the appointment or have been served and have not responded, and that bond of $ **11,500.00** has been filed, it is by the Court this **22nd** day of **July**, 20**13**, hereby

ORDERED that the undertaking heretofore filed in the amount of $ **11,500.00** is approved and that **David O'Keefe** is appointed guardian of the estate of **E_____ O_____**, a minor, whose date of birth is _____, and it is further

ORDERED that prior to receipt of assets in excess of $ **11,500.00**, said guardian shall apply to the Court for an additional undertaking in an amount to be fixed by the Court, and it is further

ORDERED that said guardian shall file an acceptance and consent and a nonresident power of attorney, if applicable, within fourteen (14) days of the date hereof if not filed previously.

_____R. Winters_____
JUDGE

cc: David O'Keefe
1733 Kenyon St NW
Washington DC 20010

Simba Hodari, Esq
1111 Bonifant St
Silver Spring MD 20910

Copies mailed, postage prepaid, to parties indicated above on **7/24/13**

Jan. 2010

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O'KEEFE, as parent and Guardian )<br>of the Estate of a minor, E.O. )<br>1733 Kenyon St. NW )<br>Washington, DC 20010 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANET GARDNER )<br>8519 Topaz Court )<br>Clinton, Maryland 20735 )<br>)<br>and )<br>)<br>THE UNITED STATES OF AMERICA )<br>Serve: )<br>The Hon. Eric Holder )<br>Attorney General )<br>Department of Justice )<br>950 Pennsylvania Ave., Room B-103 )<br>Washington, D.C. 20530-0001 )<br>)<br>Also Serve: )<br>Ronald Machen Jr. )<br>United States Attorney )<br>555 4th St. NW )<br>Washington, D.C. 20530 )<br>)<br>Also Serve: )<br>Thomas Marshall, Esq. )<br>General Counsel )<br>United States Postal Service )<br>475 L'Enfant Plaza SW )<br>Washington, D.C. 20260 )<br>)<br>Defendants. ) | CASE NO. _____ |

### ORDER AND JUDGMENT

The court having taken into consideration the pleadings in the claim involving E.O., having considered the medical reports and the representations of plaintiffs' counsel and of the plaintiffs

concerning the existence or lack of any residuals from the accident complained of, the court having observed the minor plaintiff and having discussed with counsel for the parties whether the issue of liability or damages are in question, the court having made specific findings on the record, the court hereby concludes that the proposed settlement amount of $15,000.00 on behalf of the minor plaintiff, E.O., is fair and reasonable under the circumstances.

IT IS THEREFORE this _____ day of _____, 2013, by the Superior Court of the District of Columbia,

ORDERED, that said settlement figures for Plaintiff E.O. are hereby approved; said amounts to include any and all court costs and attorney's fees now due and owing as a result of this action, and further that said sums shall include all liens which at this time or which in the future may be imposed upon said settlements, the parties representing to the court that they are not on notice of any liens at the time of the signing of this order, unless set forth below. And it is further;

ORDERED, that the settlement proceeds of Fifteen Thousand U.S. Dollars ($15,000.00) be disbursed in the claim by E.O. as follows:

| | |
|---|---|
| Attorney's Fees: | $3,000.00 |
| Costs: | $345.50 |
| Eugene Seidel, P.A.: (Reduced Health Ins. Lien) | $1,031.60 |
| Net to Client : | $10,622.90 |

IT IS FURTHER ORDERED, that this case be dismissed with prejudice and noted PAID and SATISFIED.

_____
JUDGE
Superior Court of the District of Columbia

COPIES TO:

Simba Hodari, Esquire
Greenberg & Bederman
1111 Bonifant Street
Silver Spring, MD 20910

The Hon. Eric Holder
Attorney General
Department of Justice
950 Pennsylvania Ave., Room B-103
Washington, D.C. 20530-0001


Ronald Machen Jr., Esq.
United States Attorney
555 4th St. NW
Washington, D.C. 20530

Thomas Marshall, Esq.
General Counsel
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ESTATE OF E O
Vs.
JANET GARDNER

C.A. No.   2013 CA 005673 V

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the conference whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this Conference.

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MAURICE ROSS
Date: August 20, 2013
Initial Conference: 9:00 am, Friday, November 22, 2013
Location: Courtroom 100
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc